Electronically Filed on _____

Gregory L. Wilde, Esq.
WILDE & ASSOCIATES
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Attorneys for Secured Creditor, Pulte Mortgage, LLC.
09-77738 / 0896411056

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | No. 09-29715-bam |
| Charito Cruz | Chapter 13 |
| Debtor. | **EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(3)(A)** |

Pulte Mortgage LLC, by and through counsel undersigned, requests from this Court an

Order Confirming that the Automatic Stay of 11 U.S.C. § 362 has not arisen with respect to the

1    Debtor due to the multiple filings as evidenced below.

2    This Motion is supported by the following Memorandum of Points and Authorities.

3    **MEMORNAUDM OF POINTS AND AUTHORITIES**

4

5    1.    Pulte Mortgage LLC is the holder in due course of a Promissory Note executed

6    and delivered by Charito Cruz on or about July 14, 2005 in the original sum of $379,404.00.

7    The Pulte Mortgage LLC Note is secured by a Deed of Trust dated July 14, 2005, and recorded

8    as a first position at the Clark County Nevada Recorder's Office, Instrument Number 2005-

9    07290003041. The Deed of Trust secures a first lien position against the real property

10

11   generally described as:

12   Parcel I:

13

14   Lot One Hundred Eighty-One (181) in Block Three (3) of AMBER RIDGE AT
     MISSION HILLS PHASE 2 as shown by map thereof on file in Book 119 of Plats, page 3

15   and as amended by that certain "Certificate of Amendment" recorded October 7, 2004 in
     Book 20041007 of Official Records, as Document No. 0001587 in the Office of the

16   County Recorder of Clark County, Nevada.

17   Reserving Therefrom, an easement for ingress, egress and enjoyment the Common Areas

18   as set forth in that certain Declaration of Covenants, Conditions and Restrictions for
     AMBER RIDGE, a planned community recorded May 28, 2004 in Book 20040528, as

19   Document No. 0006051, as now or hereafter amended.

20   Parcel II:

21

22   An easement for ingress, egress and enjoyment the Common Areas as set forth in that
     certain Declaration of Covenants, Conditions and Restrictions for AMBER
     RIDGE, a planned community recorded May 28, 2004 in Book 20040528, as

23   Document No. 0006051, as now or hereafter amended.

24   Assessor's Parcel Number 179-31-811-062

25   Commonly described as:  208 Mission Verde Avenue, Henderson, Nevada

26   2.    A true and a correct copy of the Pulte Mortgage LLC Note and Deed of Trust

are attached hereto, marked Exhibits "A" and "B" and incorporated herein by reference for all purposes.

3.    The Debtor filed the instant case on October 19, 2009.

4.    Prior to the filing of the present case, Debtor filed an additional case as follows: Case# 07-18730 filed on 12/26/2007 in the District of Nevada. This case was dismissed on 12/22/2008 as the debtor failed to make plan payments.

5.    Prior to the filing of the present case, Debtor filed an additional case within a one-year period as follows: Case# 09-18763 filed on 5/27/2009 in the District of Nevada. This case was dismissed on 9/8/2009, as the debtor failed to make plan payments, and failed to appear at the 341a hearing.

6.    Secured Creditor requests that the Court enter an Order confirming that there is no Automatic Stay affecting Secured Creditor with respect to the Debtor.

7.    Bankruptcy Code Section 362(c)(3)(A) provides as follows:

If a single or joint case is filed by or against Debtor who is an individual in a case under Chapter 7, 11, or 13, and if a single or joint case of the Debtor was pending within the preceding one year period but was dismissed, other than a case we filed on a Chapter other than Chapter 7 after dismissal under Section 707(b), (a) the stay under subsection a with respect to any action taken with respect to a debt or property securing such debt or with respect to any lease shall terminate with respect to the Debtor on the 30th day after the filing of the later case.

Further, Bankruptcy Code Section 362(j) allows a party to request such **"an order under subsection (c) confirming that the automatic stay has been terminated."**

8.    As stated above, Debtor was a Debtor in a prior case pending within a preceding one year period of time prior to the institution of the present case, and that prior case has been

1  dismissed.  The Debtor did not seek an order to extend the automatic stay.  Thus, the automatic

2  stay as section 362 expired on the 30ᵗʰ day after the filing of this present case.

3       9.      Secured Creditor, Pulte Mortgage LLC requests an order from the Court

4  confirming that the Automatic Stay has expired in this case as to Secured Creditor Pulte

5  Mortgage LLC, and that Secured Creditor may proceed with foreclosure and eviction with

6

7  respect to the subject property described herein.

8       WHEREFORE, for all of the foregoing reasons, Pulte Mortgage LLC requests the

9  Court to enter an Order confirming that the Automatic Stay is not in effect with respect to the

10

11  Debtor of the subject property described in this motion.

12       Respectfully submitted, this _____ day of December, 2009.

13                    WILDE & ASSOCIATES

14

15

16                    By: _____
                        Gregory L. Wilde, Esq.

17                      Attorney for Secured Creditor
                        208 S. Jones Boulevard

18                      Las Vegas, NV  89107

19

20

21

22

23

24

25

26

Copies of the foregoing mailed this

<u>14th</u> day of <u>December</u> , 20<u>09</u>, to:

Charito Cruz
208 Mission Verde Ave.
Henderson NV 89002
Debtor

George Haines
1020 Garces Avenue
Suite 100
Las Vegas NV 89101
Attorney for Debtor

Kathleen A Leavitt
201 Las Vegas Blvd., So. #200
Las Vegas, NV  89101
Trustee

By: _____