**Entered on Docket
January 29, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Gregory L. Wilde, Esq.
WILDE & ASSOCIATES
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Attorneys for Secured Creditor, Pulte Mortgage, LLC.
09-77738 / 0896411056

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>Charito Cruz<br><br><br><br>                    Debtors. | BK-09-29715-bam<br><br>Date: N/A<br>Time: N/A<br><br>Chapter 13 |

**ORDER CONFIRMING THAT THE AUTOMATIC STAY IS NOT IN EFFECT
AS TO SECURED CREDITOR, PULTE MORTGAGE LLC**

Pursuant to 11 U.S.C. § 362(j), the automatic stay in this case has terminated as to property of the debtor, but not property of the estate.

DATED this 28th day of January 2010

Submitted by:

**WILDE & ASSOCIATES**

By: /S/GREGORY L. WILDE
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107